(COB Form nopd.jsp #152)(1/23)

# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| Luke Van Walch and Janine Retz Walch<br>Debtor(s)<br><br>Debtor SSN/TaxId Nos.:<br>xxx−xx−6477<br>45−2530809, 82−1384303<br><br>Joint Debtor SSN/Tax Id Nos.:<br>xxx−xx−2937 | Case Number.: 23−11420−EEB<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

The initial Notice of Chapter 7 Bankruptcy Case issued in this case instructed creditors it was not necessary to file a proof of claim. After further investigation by the Trustee, assets have been identified and a distribution to creditors is possible.

**Creditors who wish to share in any distribution of assets must file a proof of claim with the Clerk of the U.S. Bankruptcy Court on or before: 8/14/23.**

Creditors who do not file a proof of claim on or before the above listed date **MIGHT NOT** share in any distribution from the debtor's estate.

Creditors can file an electronic proof of claim on the Court's website at www.cob.uscourts.gov/proof−claim. No login or password is required. If you are unable to file your proof of claim online, a proof of claim form (Official Form B 410) is available on the Court's website. Your completed proof of claim can be filed in person or by mail at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202. Contact the Court's help desk at 720−904−7480 for assistance on court processes and procedures. Please note, Court staff is **PROHIBITED** from helping you complete the proof of claim form.

Any creditor who has filed a proof of claim prior to this notice need not file another proof of claim.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief.

All claimants who seek an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

| | |
|---|---|
| Dated: 5/9/23 | s/ Tom H. Connolly<br>Tom Connolly, LLC<br>PO Box 68<br>Lafayette, CO 80026−0068 |

## Aliases Page
**Debtor aka(s):**

dba Green Eyed Motors MT, LLC, dba Green Eyed Powersports, LLC, dba LJF&R, LCC, dba Green Eyed Motors, LLC

**Joint Debtor aka(s):**

No Aliases for Joint Debtor