## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>LUKE VAN WALCH,<br>JANINE RETZ WALCH,<br><br>Debtor(s). | Bankruptcy Case No. 23-11420 TBM<br>Chapter 7 |
| Floorplan Xpress LLC-OK,<br><br>Movant,<br><br>v.<br><br>LUKE VAN WALCH,<br>JANINE RETZ WALCH,<br>Tom H. Connolly, Chapter 7 Trustee,<br><br>Respondents. | |

### NOTICE OF DEFICIENCY, REQUIREMENT TO CURE, AND RECOMMENDATION FOR DISMISSAL OF MOTION FOR RELIEF FROM STAY

    David M. Rich on behalf of Floorplan Xpress LLC-Ok ("Movant"), has filed a Motion for Relief from the Automatic Stay (Docket No. 62, the "Motion") and Notice pursuant to 4001-1.1 (Docket No. 64) in this case on October 5, 2023.  The case file in this matter reflects that the Motion has not been prosecuted in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or Local Bankruptcy Rules of this Court, in the following respects:

☒    Movant attached a search pursuant to the Servicemembers Civil Relief Act of 2003 ("SCRA"), 50 U.S.C. § 3901 et seq., and Local Bankruptcy Rule 4002-3(c), however, the Court requires an affidavit from Movant which states whether or not the Debtor is in the military service, and provides the necessary facts to support said affidavit.  In this case Movant has failed to file an Affidavit reciting facts sufficient to satisfy the terms SCRA and Local Bankruptcy Rule 4002-3(c).

    **NOTICE IS HEREBY GIVEN** that if the above-referenced deficiency is not cured on or before the date shown below, the Clerk shall recommend to the Court that the motion be denied for lack of proper prosecution; and

**Deficiency Cure Date: October 17, 2023.**

Dated this 12th day of October, 2023

FOR THE COURT:
Kenneth Gardner, Clerk of the Court


<u>Patricia M.K. Turner</u>
Deputy Clerk
for the Honorable Thomas B. McNamara