*UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO*
*Minutes of Proceeding/Minute Order*

| **Date: October 24, 2023** | **Honorable Thomas B. McNamara, Presiding** |
|---|---|
| | **Katherine M. Swan, Law Clerk** |

| **In re:** | **Bankruptcy Case No. 23-11420 TBM** |
|---|---|
| **Luke Van Walch and Janine Retz Walch, Debtors.** | **Chapter 7** |
| **Floorplan Xpress, LLC-OK Movant,** | |
| **v.** | |
| **Luke Van Walch and Janine Retz Walch, Respondents.** | |

Appearances

| Trustee | | Counsel | |
|---|---|---|---|
| Debtors | | Counsel | **Stephen Berken** |
| Creditor | | Counsel | **David Rich** |

Proceedings: Preliminary Hearing on the "Motion for Relief from Automatic Stay" (Docket No. 62, the "Motion for Relief from Stay") filed by Floorplan Express LLC-OK (the "Movant") on October 5, 2023, and the Response (Docket No. 68, the "Response") thereto filed by Luke Van Walch and Janine Retz Walch (together, the "Debtors") on October 17, 2023.

☒ Counsel for the Movant and for the Debtor entered their appearances on the record.

☒ The Court noted that there remained pending in a related adversary proceeding, *Floorplan Xpress, LLC-OK v. Walch* (In re Walch), Adv. Pro. 23-01192 (the "Adversary Proceeding"), a "Motion to Abstain and Hold Adversary Proceeding in Abeyance" (Docket No. 8, the "Motion to Abstain"). In the Motion to Abstain, the Movant requested that the Court hold the Adversary Proceeding in abeyance while the case styled *Floorplan Xpress, LLC-OK v. Green Eyed Motors LLC, Luke Van Walch, Janine R. Walch, and Flatirons Bank*, Case No. 2023CV3016 (Weld Cty. Colo. Dist. Ct.) (the "Weld County Action") proceeded in state court and that the Court abstain from hearing the nondischargeability claims in the Adversary Proceeding. The Debtors opposed the Motion to Abstain. (Docket No. 14.)

☒ Counsel for the Movant and for the Debtors reported that they had resolved the issues in both the Motion for Relief from Stay and the Motion to Abstain. They agreed that the Court should (1) grant the Motion for Relief from Stay to permit the Weld County Action to proceed in state court, (2) hold the Adversary Proceeding in abeyance; and (3) deny the portion of the Motion to Abstain that related specifically to abstention.

☒ The Court agreed to enter orders as proposed by the parties. Separate orders will enter in this main bankruptcy case and in the Adversary Proceeding.

Orders:

☒  The Motion for Relief from Stay is granted.  A separate order will enter in this main bankruptcy case.  A separate order holding the Adversary Proceeding in abeyance and denying the request for abstention will enter in the Adversary Proceeding.

---

Date:  October 24, 2023

IT IS SO ORDERED:

*Thomas B. McNamara*

Honorable Thomas B. McNamara,
United States Bankruptcy Judge

FOR THE COURT:
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: *Katherine M. Swan*

Katherine M. Swan, Law Clerk