**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>LUKE VAN WALCH and<br>JANINE RETZ WALCH,<br><br>Debtors.<br>───────────────────────<br>FLOORPLAN XPRESS, LLC-OK,<br><br>Movant,<br><br>v.<br><br>LUKE VAN WALCH and<br>JANINE RETZ WALCH,<br><br>Respondents. | Bankruptcy Case No. 23-11420 TBM<br>Chapter 7 |

---

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

---

THIS MATTER came before the Court at a preliminary hearing on the "Motion for Relief from Automatic Stay" (Docket No. 62, the "Motion for Relief from Stay") filed by Floorplan Express LLC-O K (the "Movant") on October 5, 2023, and the Response (Docket No. 68, the "Response") thereto filed by Luke Van Walch and Janine Retz Walch (together, the "Debtors") held October 17, 2023.  At the hearing, the parties agreed that relief from stay could enter.  It is, therefore,

ORDERED that the Motion for Relief from Stay is GRANTED to allow for the determination of the claims in the complaint filed by Floorplan Xpress, LLC-OK against the Defendants and others in the case styled *Floorplan Xpress, LLC-OK v. Green Eyed Motors LLC, Luke Van Walch, Janine R. Walch, and Flatirons Bank*, Case No. 2023CV3016 (Weld Cty. Colo. Dist. Ct.) (the "Weld County Action") in order to determine the Respondents' liability to the Movant only.  It is

FURTHER ORDERED that the Movant may not collect on any judgment entered in the Weld County Action against the Respondents.

DATED this 24th day of October, 2023.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge
