UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Luke Van Walch ) | Case No. 23-11420 TBM |
| Janine Retz Walch ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On December 14, 2023, Tom H. Connolly, Chapter 7 Trustee and Movant, filed an objection pursuant to L.B.R. 9013-1 entitled Trustee's Objection to Claim Number 21 ("Objection"). Movant hereby certifies that the following is true and correct:

1. Service of the Objection, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the Objection on December 14, 2023.

2. Mailing or other service of the notice was timely made on all creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1, as is shown on the certificate of service, previously filed with the notice on December 14, 2023.

3. The docket numbers for each of the following relevant documents are:
   a. the Application, (Docket No. 99);
   c. the notice, (Docket No. 100);
   c. the certificate of service of the notice, (Docket No. 101); and
   d. the proposed order, (Docket No. 99).

4. No objections to or requests for hearing on the Application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was previously submitted with the Application, granting the requested relief.

Dated: January 22, 2024         \s\ Tom H. Connolly
                                Tom H. Connolly, Chapter 7 Trustee
                                PO Box 68
                                Lafayette, CO 80026
                                Tel: (303) 661-9292