UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Luke Van Walch | ) Case No. 23-11420 TBM |
| Janine Retz Walch | ) Chapter 7 |
| | ) |
| Debtors. | ) |

**ORDER OBJECTION TO CLAIM NUMBER 10**

THIS MATTER comes before the Court upon Trustee's Objection to Claim Number 10. The Court has examined the Objection and hereby:

ORDERS that the Objection is SUSTAINED.

IT IS FURTHER ORDERED that Claim Number 10 filed by Colorado Courier Co is DISALLOWED.

Dated: January 23, 2024.

BY THE COURT:

*Thomas B. McNamara*
The Honorable Thomas B. McNamara
United States Bankruptcy Court Judge