UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Luke Van Walch ) | Case No. 23-11420 TBM |
| Janine Retz Walch ) | Chapter 7 |
| ) | |
| Debtors. ) | |

### NOTICE OF TRUSTEE'S OBJECTION TO CLAIM NUMBER 23

# OBJECTION DEADLINE: <u>APRIL 10, 2024</u>

**YOU ARE HEREBY NOTIFIED** that Tom H. Connolly, the Chapter 7 Trustee herein, has filed an Objection to Claim Number 23 filed by Lubbock County Tax Assessor-Collector requesting that Claim Number 23 be disallowed in its entirety. A copy of the Objection is attached hereto.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 10, 2024.

Respectfully submitted,

*/s/ Tom H. Connolly*
Tom H. Connolly, Chapter 7 Trustee
PO Box 68
Lafayette, CO 80026
Tel: (303) 661-9292
tom@connollytrustee.com