UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
Luke Van Walch ) Case No. 23-11420 TBM
Janine Retz Walch ) Chapter 7
)
Debtors. )

## ORDER OBJECTION TO CLAIM NUMBER 23

THIS MATTER comes before the Court upon Trustee's Objection to Claim Number 23. The Court has examined the Objection and hereby:

ORDERS that the Objection is SUSTAINED.

IT IS FURTHER ORDERED that Claim Number 23 filed by Lubbock County Tax Assessor-Collector is DISALLOWED.

Dated: April 17, 2024

BY THE COURT:

_____
The Honorable Thomas B. McNamara
United States Bankruptcy Court Judge