**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:    Luke Van Walch                    §    Case No. 23-11420-TBM
          Janine Retz Walch                 §
                                            §
Debtor(s)                                   §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/07/2023. The undersigned trustee was appointed on 04/07/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       61,961.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 629.42 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 3,669.70 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $   57,661.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/14/2023 and the deadline for filing governmental claims was 10/04/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,164.57. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,164.57, for a total compensation of $6,164.57.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $559.08, for total expenses of $559.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  04/24/2024                         By:  /s/ Tom H. Connolly
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

| | Exhibit A |
|---|---|
| **FORM 1**<br>**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**<br>**ASSET CASES** | Page: 1 |

**Case Number:** 23-11420 TBM  **Trustee:** Tom H. Connolly
**Case Name:** Luke Van Walch  **Filed (f) or Converted (c):** 04/07/23 (f)
　　　　　　　Janine Retz Walch  **§341(a) Meeting Date:** 05/08/23
**Period Ending:** 04/24/24  **Claims Bar Date:** 08/14/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 692 Fossil Bed Cir Erie CO 80516 | 824,910.00 | 0.00 | OA | 0.00 | FA |
| 2 | GMC Sierra 2022 10000 miles | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Toyota Prius 2020 22300 miles | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | Toyota Tundra 2008 196614 miles | 6,500.00 | 0.00 | | 0.00 | FA |
| 5 | Kitchen Appliances, Dishes, Beds, sofas, pictures, pots and pans, bikes. | 5,400.00 | 0.00 | | 0.00 | FA |
| 6 | Tv And Audio Equipment | 4,300.00 | 0.00 | | 0.00 | FA |
| 7 | Employee Retention Program Funds Coming In For Green Eyed | 0.00 | 0.00 | | 0.00 | FA |
| 8 | kids' Scooters, Tennis Rackets, Golf Clubs2021 Malibu Wakesetter boat. Presently located at Tommy's Surf Shop, 12900 West 43rd Drive, Golden, CO 80403. (Lender inSchedule D) | 120,650.00 | 0.00 | OA | 0.00 | FA |
| 9 | One pistol (.22 cal), one AR-15 (5.56 cal.) 12 gauge shotgun | 450.00 | 0.00 | | 0.00 | FA |
| 10 | Womens And Mens Clothing | 2,300.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Chase (subject to pre-judgment attachment, Hold On 4/4/23)Was Placed On Account Hold On 4/4/23) | 3,790.38 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Zing Credit Union | 4,246.00 | 0.00 | | 0.00 | FA |
| 13 | Checking account: Blue Vine | 1.00 | 0.00 | | 0.00 | FA |
| 14 | Checking account: Wise | 11.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: Flatirons Bank Cannot Access Balance -- frozen by bank subject to security interest | Unknown | 0.00 | | 0.00 | FA |
| 16 | Checking account: TD Amritrade--sale of stock | 3,629.17 | 3,629.17 | | 3,630.00 | FA |
| 17 | Checking account: Chase (subject to pre-judgment writ of attachment, entered 4/4/23) | 14,348.45 | 0.00 | | 0.00 | FA |
| 18 | Other financial account: HSA | 583.00 | 0.00 | | 0.00 | FA |
| 19 | Green Eyed Motors MT LLC | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

Page: 2

**Case Number:** 23-11420 TBM  
**Case Name:** Luke Van Walch  
Janine Retz Walch  
**Period Ending:** 04/24/24

**Trustee:** Tom H. Connolly  
**Filed (f) or Converted (c):** 04/07/23 (f)  
**§341(a) Meeting Date:** 05/08/23  
**Claims Bar Date:** 08/14/23

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Green Eyed Motors, LLC (liabilities greatly exceed assets) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | LJF&R (no assets) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Green Eyed Powersports, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 401(k) or similar plan: Voya (Employee 401 K) | 221,000.00 | 0.00 | | 0.00 | FA |
| 24 | Protective Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Possible claim held by Green Eyed Motors, LLC against Skitzo Genesee, LLC, breach of contract. Value approx. $306,000,Colorado Dept of Labor--unemployment claim | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Potential 2022 tax refunds (u) | Unknown | 38,930.00 | | 38,930.00 | FA |
| 27 | Non-exempt wages (u) | 3,822.00 | 764.00 | | 764.00 | FA |
| 28 | Recovery action on Flatirons Bank's levy on Chase accounts by Flatirons Bank | 18,000.00 | 15,000.00 | | 18,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$1,248,941.00** | **$58,323.17** | | **$61,324.00** | **$0.00** |

**Major activities affecting case closing:**

April 18, 2024; TFR sent to UST.

**Initial Projected Date of Final Report (TFR):** March 31, 2024     **Current Projected Date of Final Report (TFR):** April 18, 2024 (Actual)

    April 24, 2024  
            Date

/s/ Tom H. Connolly  
Tom H. Connolly

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit B

Page: 1

| Case Number: | 23-11420 TBM | | Trustee: | Tom H. Connolly |
| --- | --- | --- | --- | --- |
| Case Name: | Luke Van Walch | | Bank Name: | Flagstar Bank, N.A. |
| | Janine Retz Walch | | Account: | ******8956 - Checking |
| Taxpayer ID#: | **-***809, | | Blanket Bond: | $52,611,411.00 (per case limit) |
| Period Ending: | 04/24/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/23 | Asset #28 | Chase Bank | Recovery of bank levy | 1141-000 | 18,000.00 | | 18,000.00 |
| 05/30/23 | 1001 | Janine Retz Walch | Non-estate funds | 8500-002 | | 3,032.70 | 14,967.30 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.18 | 14,941.12 |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.09 | 14,916.03 |
| 08/07/23 | | Janine Walch | Payment for Non-Exempt Assets | | 4,394.00 | | 19,310.03 |
| 08/07/23 | Asset #27 | | Non-exempt wages                    764.00 | 1229-000 | | | 19,310.03 |
| 08/07/23 | Asset #16 | | TD Ameritrade account              3,630.00 | 1129-000 | | | 19,310.03 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.76 | 19,279.27 |
| 09/01/23 | | Flatirons Bank | Non-estate funds; funds sent to Trustee by Flatirons Bank. | 1290-000 | 637.00 | | 19,916.27 |
| 09/06/23 | 1002 | Luke Van Walch and Janine Rez Walch | Non-estate funds-refund from Flatirons Bank from atty fees after payoff of loan | 8500-002 | | 637.00 | 19,279.27 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.19 | 19,246.08 |
| 10/28/23 | Asset #26 | United State Treasury | Federal Tax Refund | 1224-000 | 36,682.00 | | 55,928.08 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.21 | 55,893.87 |
| 11/29/23 | Asset #26 | Janine Retz Walch | State tax refund | 1224-000 | 2,248.00 | | 58,141.87 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

| **Case Number:** | 23-11420 TBM | **Trustee:** | Tom H. Connolly |
|---|---|---|---|
| **Case Name:** | Luke Van Walch | **Bank Name:** | Flagstar Bank, N.A. |
|  | Janine Retz Walch | **Account:** | ******8956 - Checking |
| **Taxpayer ID#:** | **-***809, | **Blanket Bond:** | $52,611,411.00 (per case limit) |
| **Period Ending:** | 04/24/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/30/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 93.96 | 58,047.91 |
| 12/29/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 97.70 | 57,950.21 |
| 01/31/24 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 97.11 | 57,853.10 |
| 02/29/24 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 97.37 | 57,755.73 |
| 03/29/24 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 93.85 | 57,661.88 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 61,961.00 | 4,299.12 | **$57,661.88** |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| **Subtotal** | 61,961.00 | 4,299.12 |  |
| Less: Payment to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$61,961.00** | **$4,299.12** |  |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8956** | 61,961.00 | 4,299.12 | 57,661.88 |
|  | **$61,961.00** | **$4,299.12** | **$57,661.88** |

# Exhibit C
# Claims Register
### Case: 23-11420-TBM   Luke Van Walch

Total Proposed Payment: $57,661.88　　　　　　　　　　　　　　　　　　　Claims Bar Date: 08/14/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Tom H. Connolly<br>PO Box 68<br>Lafayette, CO 80026-0068<br>2100-00  Trustee Compensation, 200 | Admin Ch. 7<br>05/30/23 |  | $6,164.57<br>$6,164.57 | $0.00<br>$6,164.57 | $6,164.57 |
|  | Tom H. Connolly<br>PO Box 68<br>Lafayette, CO 80026-0068<br>2200-00  Trustee Expenses, 200 | Admin Ch. 7<br>12/14/23 |  | $559.08<br>$559.08 | $0.00<br>$559.08 | $559.08 |
| 1 | 5327 SNOWBERRY AVENUE<br><br>Firestone, CO 80504-5327<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>04/26/23 | Claim was disallowed per Order dated 1/23/24. | $1,045.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 2 | U.S. Small Business Administration<br>14925 Kingsport Rd.<br>Fort Worth, TX 76155<br>4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI), 900 | Secured<br>05/12/23 | Trustee's review is complete; claim is a secured claim and none of the collateral was administered. | $153,757.12<br>$153,757.12 | $0.00<br>$0.00 | $153,757.12 |
| 3 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>05/17/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $3,280.51<br>$3,280.51 | $0.00<br>$67.35 | $3,280.51 |
| 4 | Colorado Department of Revenue<br>Bankruptcy Unit, Rm 104<br>1881 Pierce St<br>Denver, CO 80214<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>05/17/23 | Claim is zero. | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 5 | United Power<br>500 Cooperative Way<br>Brighton, CO 80603<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>05/18/23 | Claim was disallowed per Order dated 1/23/24. | $1,728.85<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 6 | Energica Motor Company, Inc.<br>170 S. Spruce Avenue<br>Unit D<br>South San Francisco, California 94080<br>,<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>05/21/23 | Claim was disallowed per Order dated 1/23/24. | $21,641.60<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 7 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>05/25/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $46,381.09<br>$46,381.09 | $0.00<br>$952.26 | $46,381.09 |

## Exhibit C
## Claims Register
### Case: 23-11420-TBM    Luke Van Walch

Total Proposed Payment: $57,661.88                              Claims Bar Date: 08/14/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | JPMorgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>05/31/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $7,681.24<br>$7,681.24 | $0.00<br>$157.70 | $7,681.24 |
| 9 | O'Reilly Automotive Stores Inc<br>PO Box 1156<br>Springfield, MO 65801<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/12/23 | Claim was disallowed per Order dated 1/23/24. | $10,020.82<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 10 | Colorado Courier Co.<br>PO BOX 2183<br>longmont, CO 80501<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>06/26/23 | Claim was disallowed per Order dated 1/23/24. | $1,231.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 11 | Dealr.cloud<br>1050 Eagle Drive<br>Loveland, CO 80537<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>07/06/23 | Claim was disallowed per Order dated 1/23/24. | $1,675.98<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 12 | Automotive Finance Corporation<br>11299 N. Illinois St.<br>Carmel, IN 46032<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>07/11/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $139,989.08<br>$139,989.08 | $0.00<br>$2,874.14 | $139,989.08 |
| 13 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>07/12/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $14,324.18<br>$14,324.18 | $0.00<br>$294.09 | $14,324.18 |
| 14 | The Huntington National Bank<br>PO Box 89424<br>Cleveland, OH 44101<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>07/12/23 | Claim was withdrawn. | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 15 | Alexis Yeager & Samuel Damon<br>2916 Lochlomond Drive<br>LaPorte, CO 80535-9342<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>07/18/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $595.65<br>$595.65 | $0.00<br>$12.23 | $595.65 |
| 16 | Noah & Keith Miller<br>2561 Ash Street<br>Denver, CO 80207-3117<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/04/23 | Claim was disallowed per Order dated 1/23/24. | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 17 | Lenzy Ham<br>42144 US Highway 34<br>Orchard, CO 80649-9711<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/04/23 | Claim was disallowed per Order dated 1/23/24. | $16,657,059.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 18 | Skitzo Genesee LLC<br>4651 Tabor Street<br>Wheat Ridge, CO 80033<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/09/23 | Trustee's review is complete; claim is a valid general unsecured claim.<br>Claim was amended on 2/2/24. | $744,559.42<br>$744,559.42 | $0.00<br>$15,286.68 | $744,559.42 |

# Exhibit C
# Claims Register
## Case:  23-11420-TBM    Luke Van Walch

Total Proposed Payment:  $57,661.88                                                                                                              Claims Bar Date:  08/14/23

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Floorplan Xpress LLC-OK<br>383 Inverness Parkway, Suite 300<br>Englewood, CO 80112<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/11/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $440,391.35<br>$440,391.35 | $0.00<br>$9,041.75 | $440,391.35 |
| 20 | Flatirons<br>1095 Canyon Blvd<br>Suite 100<br>Boulder, CO 80302<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/11/23 | Trustee's review is complete; claim is a valid general unsecured claim. | $1,083,817.07<br>$1,083,817.07 | $0.00<br>$22,252.03 | $1,083,817.07 |
| 21 | Weins Construction Inc.<br>8671 West 92nd Place<br>Westminster, CO 80021<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/14/23 | Claim was disallowed per Order dated 1/23/24. | $69,925.44<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 22 | Auto Zone<br>PO BOX 791409<br>Balltimore, MD 21279-1409<br>7200-00   Tardy General Unsecured § 726(a)(3), 620 | Unsecured<br>10/24/23 | Claim was late-filed. | $218.88<br>$218.88 | $0.00<br>$0.00 | $218.88 |
| 23 | Lubbock County Tax Assessor-Collector<br>P.O. Box 10536<br>Lubbock, 79408<br>5800-00   Claims of Governmental Units, 570 | Priority<br>01/16/24 | Claim was disallowed per Order dated 4/17/24. | $2,431.18<br>$0.00 | $0.00<br>$0.00 | $0.00 |

                                                                                                                    **Case Total:**    **$2,641,719.24**          **$0.00**          **$2,641,719.24**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-11420-TBM
Case Name: Luke Van Walch
Trustee Name: Tom H. Connolly

**Balance on hand:** $ 57,661.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | U.S. Small Business Administration | 153,757.12 | 153,757.12 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 57,661.88

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Tom H. Connolly | 6,164.57 | 0.00 | 6,164.57 |
| Trustee, Expenses - Tom H. Connolly | 559.08 | 0.00 | 559.08 |

Total to be paid for chapter 7 administration expenses: $ 6,723.65
Remaining balance: $ 50,938.23

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 50,938.23

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Lubbock County Tax Assessor-Collector | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 50,938.23

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,481,019.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.053 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 5327 SNOWBERRY AVENUE | 0.00 | 0.00 | 0.00 |
| 3 | ACAR Leasing LTD d/b/a GM Financial Leasing | 3,280.51 | 0.00 | 67.35 |
| 4 | Colorado Department of Revenue | 0.00 | 0.00 | 0.00 |
| 5 | United Power | 0.00 | 0.00 | 0.00 |
| 6 | Energica Motor Company, Inc. | 0.00 | 0.00 | 0.00 |
| 7 | Capital One N.A. | 46,381.09 | 0.00 | 952.26 |
| 8 | JPMorgan Chase Bank, N.A. | 7,681.24 | 0.00 | 157.70 |
| 9 | O'Reilly Automotive Stores Inc | 0.00 | 0.00 | 0.00 |
| 10 | Colorado Courier Co. | 0.00 | 0.00 | 0.00 |
| 11 | Dealr.cloud | 0.00 | 0.00 | 0.00 |
| 12 | Automotive Finance Corporation | 139,989.08 | 0.00 | 2,874.14 |
| 13 | The Huntington National Bank | 14,324.18 | 0.00 | 294.09 |
| 14 | The Huntington National Bank | 0.00 | 0.00 | 0.00 |
| 15 | Alexis Yeager & Samuel Damon | 595.65 | 0.00 | 12.23 |
| 16 | Noah & Keith Miller | 0.00 | 0.00 | 0.00 |
| 17 | Lenzy Ham | 0.00 | 0.00 | 0.00 |
| 18 | Skitzo Genesee LLC | 744,559.42 | 0.00 | 15,286.68 |
| 19 | Floorplan Xpress LLC-OK | 440,391.35 | 0.00 | 9,041.75 |
| 20 | Flatirons | 1,083,817.07 | 0.00 | 22,252.03 |
| 21 | Weins Construction Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    50,938.23
Remaining balance:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $218.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Auto Zone | 218.88 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**